# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **IN THE MATTER OF THE APPLICATION** | : | **CASE NO. _____** |
| **OF THE UNITED STATES OF AMERICA** | : | |
| **FOR A SEARCH WARRANT FOR THE** | : | |
| **PREMISES LOCATED AT** | : | |
| **1405 HOWARD ROAD, SOUTHEAST, #B** | : | |
| **WASHINGTON, D.C.  20020** | : | **FILED UNDER SEAL** |

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

Michael Pinto, Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), Washington Field Office ("WFO"), Washington, D.C., (hereinafter "your affiant") being duly sworn, deposes and states as follows:

## GENERAL BACKGROUND

1.      I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510 (7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to investigate and to make arrests for offenses enumerated in Section 2516 of Title 18 and 21, United States Code.

2.      I am a duly appointed Special Agent of the Federal Bureau of Investigation (FBI) and have been employed as such for eight years.  I am currently assigned to the Violent Crimes Task Force in Washington, D.C.  My duties include investigating bank robberies, armored car robberies, kidnappings, crimes of violence on government reservations, and other violent crimes. These investigations have resulted in arrests, trials, and convictions in the Superior Court and District Court of Columbia.  Through my employment with the FBI, I have gained knowledge in the use of various investigative techniques including the utilization of physical surveillance, undercover agents, confidential informants and cooperating witnesses, consensually monitored recordings, investigative interviews, analyzing telephone pen register and caller identification

system data, conducting court-authorized electronic surveillance and the execution of search and arrest warrants.  Through instruction and participation in investigations, I have become familiar with the manner in which criminal offenders conduct their illegal business and the methods, language, and terms that are used to disguise conversations about their activities.

3.       Based on my experience and training, I am aware that:

a.       Those involved in criminal activities commonly maintain at their residences, and on their property, tools and other implements they used during or in furtherance of the commission of crime.

b.       Those involved in criminal activities commonly maintain at their residences, and on their property, books, records, receipts, computer diskettes, computers, notes, ledgers, airline tickets, money orders, and other papers and electronic records relating to their criminal activities.

c.       Those involved in criminal activities commonly maintain books, papers, documents, and electronic records in secure locations within their residences and their property, so they can have ready access to such information.

d.       Those involved in criminal activities attempt to legitimize the proceeds from their criminal activities.  They often accomplish this by using the services of foreign and domestic banks and various financial institutions, and real estate brokers.  Books and papers relating to such efforts, including but not limited to, cashier checks, money orders, telegrams, letters of credit and ledgers, are maintained in the residences and on the property of those involved in criminal activities.

e.       Those involved in criminal activities take, or cause to be taken,

2

photographs of themselves, their associates, property derived from their criminal activities, and their products, including with cellular telephones, and that such photographs are often kept in their residences or stored in electronic format on computers and computer thumb drives.

       f.     Those involved in criminal activities very often place assets, including real and personal property, such as vehicles, in names other than their own to avoid the detection and forfeiture of such assets by government agencies and continue to use these assets and to exercise dominion and control over them even though the assets are normally owned by them.

       g.     Those involved in criminal activities usually have in their possession weapons.  These weapons often consist of knives, guns, rifles, pistols, revolvers, shotguns, assault-type weapons, and other firearms as well as ammunition for any handgun, shotgun, and/or rifles.  They possess these items for protection against robbery and also for use during and in furtherance of the commission of criminal offenses.

4.     This affidavit is based, in part, upon information provided to me by other Special Agents of the FBI and officers of the Washington, D.C. Metropolitan Police Department (MPD), witnesses, physical surveillance, and other information gathered during the course of this investigation.   Since this affidavit is being submitted for the limited purpose of obtaining a search warrant for a residence, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts which I believe are necessary to establish probable cause for the issuance of this search warrant.

5.     As a result of my personal participation in this investigation, as well as through interviews with and analysis of reports submitted by other Special Agents of the FBI and officers of the MPD and other law enforcement agencies who are involved in this investigation, I am

familiar with all aspects of this investigation.  On the basis of this familiarity, and on the basis of other information which I have reviewed and determined to be reliable, I allege the facts to show there is probable cause to believe that fruits and evidence of offenses involving an attempted bank robbery, in violation of Title 18, United States Code, § 2113(a), will be found located at 1405 Howard Road, SE, #B, Washington, D.C.  20020, as further described in Attachment A.

6.     Attachment B describes the matters and things to be seized.  All statements made in Attachments A and B are adopted into the body of this Affidavit as if fully set forth herein.

## THE INVESTIGATION

7.     On July 3, 2013, an individual who has been identified as **CALVIN KINARD ADAMS**, entered Wells Fargo Bank, 3200 Pennsylvania Ave, SE, Washington, D.C.  ADAMS was wearing a distinctive jacket, specifically a black jacket with white piping and square patches on the front, and right and left arms.  ADAMS approached a Wells Fargo Teller Station and passed the teller a demand note.  The demand note was written on the back of a torn Newport cigarette box.  Written on the demand note was, "listen no!! Alarms and no Dye Bait I want all the $100's and $50's out your draw and this note back with it".  The teller picked up the note and read it.  The teller realized the bank was being robbed and attempted to press the silent alarm. The teller then stood up from a chair and ADAMS put his hands in his pockets and walked out of the bank without receiving any money and also leaving the demand note at the bank.

8.     The attempted bank robbery was captured on the bank's surveillance cameras.

9.     On July 5, 2013, the demand note was sent to the FBI Laboratory for processing.

10.     On October 4, 2013, the FBI Laboratory provided preliminary results to your affiant.  Found on the demand note were three fingerprints.  All three fingerprints matched those

of ADAMS.

11.     On October 4, 2013, a current Washington, D.C., driver's license photograph of ADAMS was obtained by law enforcement.  The drivers' license photograph was compared to the surveillance footage captured during the attempted bank robbery.  ADAMS appears to be the same individual in the bank robbery surveillance footage.

12.     ADAMS's Washington, D.C., driver's license also listed an address of 1405 Howard Road, SE, #B, Washington, D.C. 20020.

13.     Accurint, a law enforcement database system, also provided an address for ADAMS of 1405 Howard Road, SE, #B, Washington, D.C. 20020 from December 2012 thru July 2013.  This is the most recent address Accurint provides for ADAMS.  Law enforcement also confirmed, through ADAMS's probation officer, that he resides at 1405 Howard Road, SE, #B, Washington, D.C. 20020.

14.     On October 8, 2013, law enforcement conducted surveillance at 1405 Howard Road, SE, #B, Washington, D.C. 20020 and observed ADAMS at the location.  ADAMS was observed raking leaves.

15.     ADAMS criminal history includes convictions of three counts of bank robbery in U.S. v. Calvin Kinard Adams, CR 03-152 (PLF) in U.S. District Court for the District of Columbia on July 3, 2013, and convictions of ten additional counts of bank robbery in U.S. v. Calvin Kinard Adams, CR 03-167 (PLF) in U.S. District Court for the District of Columbia also on July 3, 2013.

16.     Wells Fargo bank deposits are insured by the Federal Deposit Insurance Corporation (FDIC).

## **CONCLUSION**

17.     Based upon these facts, there is probable cause to believe that there are fruits and evidence, as further described in Attachment B, of attempted bank robbery, in violation of Title 18, United States Code, § 2113(a), will be found located at 1405 Howard Road, SE, #B, Washington, D.C. as further described in Attachment A.

Respectfully submitted,


_____
MICHAEL PINTO
Special Agent, Federal Bureau of Investigation


Subscribed and sworn to before me this _____ of October, 2013.



_____
THE HONORABLE DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE